UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED: APRIL 15, 2008
08CV2129                TG
JUDGE MANNING
MAGISTRATE JUDGE SCHENKIER

| | | |
|---|---|---|
| DR. THOMAS E. CRONIN | ) | |
| | ) | |
| *Plaintiff* | ) | CIVIL ACTION |
| | ) | |
| v. | ) | NO. |
| | ) | |
| ALEXIAN BROTHERS HOSPITAL | ) | JURY TRIAL DEMANDED |
| NETWORK, an Illinois not-for-profit | ) | |
| corporation | ) | |
| *Defendant* | ) | |

## COMPLAINT

Plaintiff, DR. THOMAS E. CRONIN, by and through his attorneys, Howe & Hutton, Ltd., brings this action to redress intentional age discrimination by Defendant, ALEXIAN BROTHERS HOSPITAL NETWORK. Plaintiff brings this action under the Age Discrimination in Employment Act, 29 U.S.C. § 621 et. seq.

### JURISDICTION AND VENUE

1.  Plaintiff is a resident of the county of Cook, residing at 1217 Longvalley Road, Glenview, IL 60025.

2.  Upon information and belief, Defendant is a not-for-profit corporation duly organized and existing under the laws of Illinois, engaged in the business of health care, with its principal place of business located at 361 W. Golf Road, Schaumburg, IL 60195.

3.  Jurisdiction of this action pursuant to the Age Discrimination in Employment Act, 29 U.S.C. § 621 et. seq., for damages based on the unlawful

employment practice committed by Defendant is invoked pursuant to 28 U.S.C. §§1331 and 1337, and 29 U.S.C. §626(c).

4.    This Court is the appropriate venue under 28 U.S.C. §1391 as the unlawful employment practices alleged below were and are now being committed within the jurisdiction of the United States District Court for the Northern District of Illinois.

## VIOLATION OF AGE DISCRIMINATION
## IN EMPLOYMENT ACT – 29 U.S.C. §§ 621 et. seq.

5.    At all times relevant to the actions complained of here, Defendant was an employer engaged in an industry affecting commerce employing twenty (20) or more persons for each working day in each of twenty (20) or more calendar weeks in the current or preceding calendar year.

6.    Plaintiff is 72 years old, having been born on November 16, 1935.

7.    In May 2000, Plaintiff was hired by Defendant; at all times relevant to the actions complained of here, Plaintiff was an employee of Defendant.

8.    Throughout his employment by Defendant, Plaintiff met applicable job qualifications, was qualified for the position which he held, and performed the job in a manner which fully met Defendant's legitimate expectations.

9.    In July 2005, Defendant transferred another doctor, who was, upon information and belief, significantly younger and outside of the protected age group, to the same clinic at which Plaintiff was an employee to take Plaintiff's position.

10.    In July 2005, Defendant cut Plaintiff's clinic hours substantially and transferred Plaintiff to the sales and marketing department for which he was unqualified.

11.    On or about May 30, 2007, Defendant officially terminated Plaintiff's position in sales, and relegated him to work in the clinic on an as-needed basis.

12.    Plaintiff enjoys excellent physical and mental health and strength.

13.    Plaintiff's age was a motivating factor in Defendant's decision to hire a younger doctor for his position, cut Plaintiff's clinic hours, transfer him to the sales and marketing department, and eventually demote him to part-time work.

14.    Defendant's restructuring of Plaintiff's duties and relegation of Plaintiff to part-time work because of his age violates the Age Discrimination in Employment Act, 29 U.S.C. §623(a)(2).

15.    On January 15, 2008, Plaintiff filed a charge of employment discrimination with the Equal Employment Opportunity Commission and with the Illinois Human Rights Department as required by 29 U.S.C. §626(d), a copy of which is attached to this Complaint as Exhibit A.

16.    The charge was filed within three hundred (300) days after Defendant terminated Plaintiff's sales position and relegated Plaintiff to work on an as-needed basis.

17.    The United States Equal Employment Opportunity Commission has issued a Notice of Right to Sue, which was received by Plaintiff on January 17, 2008, a copy of which is attached to this Complaint as Exhibit B.

18.    Defendant knowingly, intentionally, and willfully discriminated against Plaintiff on the basis of his age in violation of 29 U.S.C. §623(a)(2) of the Age Discrimination in Employment Act.

19.    As a result of Defendant's discriminatory practices, Plaintiff has been deprived of wages and other benefits of employment and will suffer future loss of wages and other benefits of employment.

20.    As a result of Defendant's discriminatory practices, Plaintiff suffered emotional pain, humiliation, the mental anguish of being the object of age discrimination, and was otherwise damaged.

21.    Plaintiff's hours would not have been cut, nor would Plaintiff have been transferred to the sales and marketing department but for Defendant's intentional age-based discrimination.

WHEREFORE, Plaintiff prays that the Court order such relief as is necessary to make Plaintiff whole, including:

(a) Back pay together with all other lost benefits of employment, including prejudgment interest and retroactive pension benefits;

(b) Reinstatement of his employment with Defendant with appropriate seniority and other benefits; or, if reinstatement is not feasible, award him an appropriate amount of front pay in lieu thereof;

(c) Statutory liquidated damages due to Defendant's willful conduct;

(d) Reasonable costs and litigation expenses, including reasonable expert witness fees; and

(e) Such other relief as is just and equitable

Plaintiff requests a **jury trial** of this action.

Respectfully submitted,

DR. THOMAS E. CRONIN

By: _____
One of Plaintiff's Attorneys

Jonathan T. Howe
Samuel J. Erkonen
Joshua W. Peterson
Howe & Hutton, Ltd.
20 North Wacker Drive
Suite 4200
Chicago, Illinois 60606
Telephone: (312) 263-3001
Facsimile:  (312) 372-6685

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION | | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | | ☐ FEPA<br>☒ EEOC | 440-2008-01726 |

| Illinois Department Of Human Rights | and EEOC |
|---|---|
| *State or local Agency, if any* | |

| Name *(indicate Mr., Ms., Mrs.)* | Home Phone *(Incl. Area Code)* | Date of Birth |
|---|---|---|
| **Dr. Thomas E. Cronin** | **(847) 486-8809** | **11-16-1935** |

| Street Address | City, State and ZIP Code |
|---|---|
| **1217 Longvalley Road, Glenview, IL 60025** | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| **ALEXIAN BROTHERS HOSPITAL NETWORK** | **500 or More** | **(847) 952-7447** |

| Street Address | City, State and ZIP Code |
|---|---|
| **361 W. Golf Road,  Schaumburg, IL 60195** | |

| Name | No. Employees, Members | Phone No. *(Include Area Code)* |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN

☐ RETALIATION  ☒ AGE  ☐ DISABILITY  ☐ OTHER *(Specify below.)*

DATE(S) DISCRIMINATION TOOK PLACE

| Earliest | Latest |
|---|---|
| **07-01-2005** | **05-30-2007** |

☐ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I began employment with Respondent in or around May 2000 as a Clinical Physician.  In or around July 2005 my clinical hours were cut and I was forced to work in the sales department.  On or about May 30, 2007, Respondent discharged me.

I believe I have been discriminated against based on my age, 72, (DOB 11/16/1935), in violation of the Age Discrimination in Employment Act of 1967, as amended.

RECEIVED EEOC

08CV2129         TG
JUDGE MANNING
MAGISTRATE JUDGE SCHENKIER

JAN 15 2008

CHICAGO DISTRICT OFC

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |

| **Jan 15, 2008** | *Thomas E. Cronin* | |
|---|---|---|
| Date | Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE |

EXHIBIT

A

EEOC Form 161 (3/98)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

---

### DISMISSAL AND NOTICE OF RIGHTS

---

| | |
|---|---|
| To: **Thomas E. Cronin**<br>**1217 Longvalley Road**<br>**Glenview, IL 60025**<br><br>**CERTIFIED MAIL  7099 3400 0018 8814 7290** | From: **Chicago District Office**<br>**500 West Madison St**<br>**Suite 2800**<br>**Chicago, IL 60661** |

| | *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))* | |
|---|---|---|

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| **440-2008-01726** | **Andrew  Daley,**<br>**Investigator** | **(312) 886-7495** |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

| | |
|---|---|
| [ ] | The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC. |
| [ ] | Your allegations did not involve a disability  as defined by the Americans With Disabilities Act. |
| [ ] | The Respondent employs less than the required number of employees or is not otherwise covered by the statutes. |
| [ ] | Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge |
| [ ] | Having been given 30 days in which to respond, you failed to provide information, failed to appear or be available for interviews/conferences, or otherwise failed to cooperate to the extent that it was not possible to resolve your charge. |
| [ ] | While reasonable efforts were made to locate you, we were not able to do so. |
| [ ] | You were given 30 days to accept a reasonable settlement offer that affords full relief for the harm you alleged. |
| [X] | The EEOC issues the following determination:  Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes.  This does not certify that the respondent is in compliance with the statutes.  No finding is made as to any other issues that might be construed as having been raised by this charge. |
| [ ] | The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge. |
| [ ] | Other *(briefly state)* |

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you.  You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court.  Your lawsuit **must be filed <u>WITHIN 90 DAYS</u>** of your receipt **of this notice**; or your right to sue based on this charge will be lost.  (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment.  This means that **backpay due for any violations that occurred <u>more than 2 years (3 years)</u> before you file suit may not be collectible.**

On behalf of the Commission

*John P. Rowe*                    1/17/08

| Enclosures(s) | **John P. Rowe,**<br>**District Director** | *(Date Mailed)* |
|---|---|---|

cc:    **ALEXIAN BROTHERS HOSPITAL NETWORK**



EXHIBIT
B