# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| DR. THOMAS E. CRONIN, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 8 C 2129 |
| v. | ) | |
| | ) | Judge Blanche M. Manning |
| ALEXIAN BROTHERS HOSPITAL | ) | |
| NETWORK, an Illinois not-for-profit | ) | Magistrate Judge Sidney I. Schenkier |
| corporation, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF
## DEFENDANT ALEXIAN BROTHERS HEALTH SYSTEM'S
## PARTIAL MOTION TO DISMISS PLAINTIFF'S COMPLAINT

**TO:    See Attached Service List**

Please take notice that on **Thursday, April 24, 2008** at **11:00 a.m.**, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Blanche Manning, or any other judge sitting in her stead, in **Courtroom 2125** of the Dirksen Federal Building, 219 South Dearborn Street, in Chicago, Illinois, and shall then and there present Defendant Alexian Brothers Health System, Inc.'s Partial Motion To Dismiss and Memorandum Of Law In Support Of Its Partial Motion To Dismiss**,** copies of which are attached and are hereby served upon you.

Dated: April 21, 2008                    Respectfully submitted,

                                         **ALEXIAN BROTHERS**
                                         **HOSPITAL NETWORK**


                                         By:____/s/ Regina W. Calabro_____
                                              One of Its Attorneys

Frank J. Saibert, Esq.
Regina W. Calabro, Esq.
UNGARETTI & HARRIS LLP
3500 Three First National Plaza
Chicago, Illinois  60602
Telephone: (312) 977-4800
Facsimile:  (312) 977-4805

## <u>CERTIFICATE OF SERVICE</u>

I, Regina W. Calabro, the undersigned attorney, certify that a true and correct copy of the foregoing **Notice of Motion, Defendant Alexian Brothers Health System's Partial Motion To Dismiss Plaintiff's Complaint,** and **Memorandum Of Law In Support Of Partial Motion To Dismiss** was served on the parties listed below via the Court's ECF system on April 21, 2008 before 5:00 p.m. and regular first class United States mail.

**VIA EMAIL:**

Samuel J. Erkonen
Howe & Hutton, Ltd.
20 North Wacker Drive
Suite 4200
Chicago, IL 60606
(312) 263-3001
sje@howehutton.com

Joshua W. Peterson
Howe & Hutton, Ltd.
20 North Wacker Drive
Suite 4200
Chicago, IL 60606
(312) 263-3001
jwp@howehutton.com

/s/ Regina W. Calabro

1144463_1.DOC

2