UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DR. THOMAS E. CRONIN,<br><br>   Plaintiff,<br>v.<br><br>ALEXIAN BROTHERS HOSPITAL NETWORK, an Illinois not-for-profit corporation,<br><br>   Defendant. | Case No. 8 C 2129<br><br>Judge Blanche Manning<br><br>Magistrate Judge Sidney I. Schenkier |

**RE-NOTICE OF
DEFENDANT ALEXIAN BROTHERS HEALTH SYSTEM'S
PARTIAL MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

TO: See Attached Service List

  Please take notice that on **Thursday, May 15, 2008** at **8:30 a.m.**, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Magistrate Judge Sidney I. Schenkier, or any other judge sitting in his stead, in **Courtroom 1700** of the Dirksen Federal Building, 219 South Dearborn Street, in Chicago, Illinois, and shall then and there present Defendant Alexian Brothers Health System, Inc.'s Partial Motion To Dismiss and Memorandum Of Law In Support Of Its Partial Motion To Dismiss, copies of which are attached and are hereby served upon you.

Dated: May 12, 2008

                  Respectfully submitted,

                  **ALEXIAN BROTHERS
                  HOSPITAL NETWORK**

                  By: /s/ Regina W. Calabro
                     One of Its Attorneys

Frank J. Saibert, Esq.
Regina W. Calabro, Esq.
UNGARETTI & HARRIS LLP
3500 Three First National Plaza
Chicago, Illinois 60602
Telephone: (312) 977-4800
Facsimile: (312) 977-4805

1144463_2

2

## **CERTIFICATE OF SERVICE**

I, Regina W. Calabro, the undersigned attorney, certify that a true and correct copy of the foregoing **Re-Notice of Motion, Defendant Alexian Brothers Health System's Partial Motion To Dismiss Plaintiff's Complaint,** and **Memorandum Of Law In Support Of Partial Motion To Dismiss** was served on the parties listed below via the Court's ECF system on May 12, 2008 before 5:00 p.m. and regular first class United States mail.

**VIA EMAIL:**

Samuel J. Erkonen
Howe & Hutton, Ltd.
20 North Wacker Drive
Suite 4200
Chicago, IL 60606
(312) 263-3001
sje@howehutton.com

Joshua W. Peterson
Howe & Hutton, Ltd.
20 North Wacker Drive
Suite 4200
Chicago, IL 60606
(312) 263-3001
jwp@howehutton.com

/s/ Regina W. Calabro

1144463_2

2