**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Thomas E Cronin
                           Plaintiff,

v.                                              Case No.: 1:08−cv−02129
                                                        Honorable Sidney I. Schenkier

Alexian Brothers Hosptal Network
                           Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, May 15, 2008:

      MINUTE entry before Judge Honorable Sidney I. Schenkier: Motion hearing held. defendant's partial motion to dismiss plaintiff's complaint is entered. By 5/23/08, plaintiff will either stipulate to defendant's motion to partially dismiss complaint or file a response. If plaintiff files a response, defendant will file its reply by 6/6/08. The parties will serve Rule 26(a)(1) disclosures by 5/20/08. The deadline for adding additional parties or to amend pleadings is set for 6/1/08. Non−retained expert discovery is to be completed by 12/1/08. Mailed notice(mmm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.