UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DR. THOMAS E. CRONIN, | ) | |
| | ) | |
| *Plaintiff,* | ) | Case No. 8 C 2129 |
| | ) | |
| v. | ) | |
| | ) | |
| ALEXIAN BROTHERS HOSPITAL | ) | Magistrate Judge Sidney I. Schenkier |
| NETWORK, an Illinois not-for-profit | ) | |
| corporation, | ) | |
| *Defendant.* | ) | |

**PLAINTIFF DR. THOMAS E. CRONIN'S RESPONSE TO
DEFENDANT ALEXIAN BROTHERS HOSPITAL NETWORK'S
PARTIAL MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

Plaintiff Dr. Thomas E. Cronin ("Plaintiff"), by and through his counsel, Howe & Hutton, Ltd., hereby responds to Defendant Alexian Brothers Hospital Network's ("Defendant") Rule 12(b)(6) Partial Motion to Dismiss Plaintiff's Complaint for failure to state a claim upon which relief can be granted. Plaintiff respectfully requests that Defendant's Partial Motion to Dismiss be denied. In the alternative, Plaintiff respectfully requests that this Court convert Defendant's Rule 12(b)(6) motion into a Rule 12(e) motion and specify what it believes is unclear about the Complaint so that Plaintiff may clarify his claims.

As set forth more fully in the accompanying Memorandum, Defendant's motion should be denied because (i) Defendant has misapplied Supreme Court and Seventh Circuit interpretations of the federal pleading standard as provided in Rule 8(a), (ii) Plaintiff's Complaint conforms to the current notice pleading standard as the Plaintiff pleads sufficient facts to put Defendant on notice of a potential claim that the July 2005 action was not in fact time-barred, and (iii) Plaintiff should be allowed to conduct discovery to determine if the doctrine of

"equitable tolling" applies to the facts alleged in the Complaint.

THEREFORE, Plaintiff Dr. Thomas E. Cronin prays that this Court deny Defendant Alexian Brothers Hospital Network's Partial Motion to Dismiss Plaintiff's Complaint.

Dated: May 23, 2008

>Respectfully submitted,
>
>**DR. THOMAS E. CRONIN**
>
>By: s/ Joshua W. Peterson____
>   One of Plaintiff's Attorneys

Samuel J. Erkonen
Joshua W. Peterson
Howe & Hutton, Ltd.
20 N. Wacker Dr., Suite 4200
Chicago, IL 60606
Telephone: (312) 263-3001
Facsimile:  (312) 372-6685

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DR. THOMAS E. CRONIN, | ) | |
| | ) | |
| *Plaintiff,* | ) | Case No. 8 C 2129 |
| | ) | |
| v. | ) | |
| | ) | |
| ALEXIAN BROTHERS HOSPITAL | ) | Magistrate Judge Sidney I. Schenkier |
| NETWORK, an Illinois not-for-profit | ) | |
| corporation, | ) | |
| *Defendant*. | ) | |

NOTICE OF
PLAINTIFF DR. THOMAS E. CRONIN'S RESPONSE TO
DEFENDANT ALEXIAN BROTHERS HOSPITAL NETWORK'S
PARTIAL MOTION TO DISMISS PLAINTIFF'S COMPLAINT

**TO:**   Regina W. Calabro, Esq.
Ungaretti & Harris LLP
3500 Three First National Plaza
Chicago, IL 60602
Telephone: (312) 977-4800
Facsimile:  (312) 977-4805

　　　PLEASE TAKE NOTICE that Plaintiff Dr. Thomas E. Cronin, by and through his attorneys, Howe & Hutton, Ltd., has electronically filed with the clerk of the United States District Court for the Northern District of Illinois on May 23, 2008, Plaintiff's Response to Defendant Alexian Brothers Hospital Network's Partial Motion to Dismiss and Plaintiff's Memorandum in Support of its Response to Defendant's Partial Motion to Dismiss, a copy of which is attached and served upon you by use of the Court's ECF system and by regular first class United States mail.

Dated: May 23, 2008

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　**DR. THOMAS E. CRONIN**

　　　　　　　　　　　　　　　　　　　　　By: s/ Joshua W. Peterson____
　　　　　　　　　　　　　　　　　　　　　　　　One of Plaintiff's Attorneys

Samuel J. Erkonen
Joshua W. Peterson
Howe & Hutton, Ltd.
20 N. Wacker Dr., Suite 4200
Chicago, IL 60606
Telephone: (312) 263-3001
Facsimile:  (312) 372-6685

## **CERTIFICATE OF SERVICE**

      I, Joshua W. Peterson, the undersigned attorney, certify that a true and correct copy of the foregoing **Notice Of Response, Plaintiff Dr. Thomas E. Cronin's Response To Defendant Alexian Brothers Hospital Network's Partial Motion To Dismiss Plaintiff's Complaint,** and **Memorandum Of Law In Support Of Plaintiff's Response To Defendant's Partial Motion To Dismiss Plaintiff's Complaint** was served on the party listed below via the Court's ECF system on May 23, 2008 before 5:00 p.m. and regular first class United States mail.

    Regina W. Calabro, Esq.
    Ungaretti & Harris LLP
    3500 Three First National Plaza
    Chicago, IL 60602
    Telephone: (312) 977-4800
    Facsimile:  (312) 977-4805


                                               By: s/ Joshua W. Peterson____