UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DR. THOMAS E. CRONIN,<br><br>        Plaintiff,<br><br>v.<br><br>ALEXIAN BROTHERS HOSPITAL NETWORK, an Illinois not-for-profit corporation,<br><br>        Defendant. | Case No. 8 C 2129<br><br>Magistrate Judge Sidney I. Schenkier |

**NOTICE OF JOINT MOTION FOR ENTRY OF AGREED PROTECTIVE ORDER
FOR CONFIDENTIAL INFORMATION AND HIPAA ORDER**

TO:   See Attached Service List

     Please take notice that on **Thursday, June 26, 2008** at **8:30 a.m.**, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Magistrate Judge Sidney I. Schenkier, or any other judge sitting in his stead, in **Courtroom 1700** of the Dirksen Federal Building, 219 South Dearborn Street, in Chicago, Illinois, and shall then and there present the parties' Joint Motion For Entry Of Agreed Protective Order For Confidential Information And HIPAA Order, copies of which are attached and are hereby served upon you.

Dated: June 23, 2008

                                                  Respectfully submitted,

                                                  **ALEXIAN BROTHERS
                                                  HOSPITAL NETWORK**

                                                  By:    /s/ Regina W. Calabro
                                                           One of Its Attorneys

Frank J. Saibert, Esq.
Regina W. Calabro, Esq.
UNGARETTI & HARRIS LLP
3500 Three First National Plaza
Chicago, Illinois 60602
Telephone: (312) 977-4800
Facsimile: (312) 977-4805

1174973_1

## CERTIFICATE OF SERVICE

  I, Regina W. Calabro, the undersigned attorney, certify that a true and correct copy of the foregoing **Notice of Motion** and **Joint Motion For Entry Of Agreed Protective Order For Confidential Information And HIPAA Order** was served on the parties listed below via the Court's ECF system on June 23, 2008 before 5:00 p.m. and regular first class United States mail.

Samuel J. Erkonen
Joshua W. Peterson
Howe & Hutton, Ltd.
20 North Wacker Drive
Suite 4200
Chicago, IL 60606
(312) 263-3001
sje@howehutton.com
jwp@howehutton.com

                /s/ Regina W. Calabro