## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Sidney I. Schenkier | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2129 | **DATE** | 6/24/2008 |
| **CASE TITLE** | Cronin vs. Alexian Brothers Hospital Network | | |

**DOCKET ENTRY TEXT**

Joint motion for entry of agreed protective order (doc. # 27) is granted. ENTER AGREED PROTECTIVE ORDER (attached), as modified by the Court at paragraphs 2 and 11.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | mm |
|---|---|---|