**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Thomas E Cronin
                        Plaintiff,

v.                                      Case No.: 1:08−cv−02129
                                                        Honorable Sidney I. Schenkier

Alexian Brothers Hosptal Network
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, July 14, 2008:

      MINUTE entry before the Honorable Sidney I. Schenkier: Status hearing set for 7/17/08 is reset to 8/28/2008 at 09:00 AM. Telephone notice(mmm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.