# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Sidney I. Schenkier | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2129 | **DATE** | 7/17/2008 |
| **CASE TITLE** | Cronin vs. Alexian Brothers Hospital Network | | |

**DOCKET ENTRY TEXT**

ENTER MEMORANDUM OPINION AND ORDER (attached). Defendant's partial motion to dismiss (doc. # 18) is granted. Plaintiff may not seek relief for conduct that allegedly occurred in July 2005. However, allegations concerning events in July 2005 are not stricken from the complaint, as evidence concerning those events may be relevant to plaintiff's timely age discrimination claim.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | mm |
|---|---|---|